# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 972-294-9673. | Case No. 2:18-mj-0800-PAL<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 214-270-4001. | Case No. 2:18-mj-0801-PAL<br><br>**ORDER TO UNSEAL CASES** |

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 972-294-9673, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0803-PAL<br><br>**ORDER TO UNSEAL CASES** |
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH THE CELLULAR TELEPHONES ASSIGNED CALL NUMBER 806-473-5871, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE USA, INC. | Case No. 2:18-mj-0804-PAL<br><br>**ORDER TO UNSEAL CASES** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this 13 day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE